**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 4, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00527-CR**

---

**IN RE DARIUS DURON ELAM, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 380350-I**

---

## MEMORANDUM OPINION

On July 18, 2022, relator Darius Duron Elam filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims the trial court wrongfully declined to allow the Harris County District Attorney's office to represent the State in his post-conviction habeas corpus proceeding before the trial court, and he seeks mandamus relief against the trial court's order.

Although this court and other Texas courts of appeals have mandamus jurisdiction in criminal matters, jurisdiction in final post-conviction felony proceedings lies solely with the Texas Court of Criminal Appeals. Tex. Code Crim. Proc. Ann. art. 11.07, § 5; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). Therefore, we have no jurisdiction with regard to relator's petition. Consequently, relator's petition for writ of mandamus is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).